**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

HOTEL, RESTAURANT AND BAR EMPLOYEES HEALTH AND WELFARE FUND AND HOTEL, RESTAURANT AND BAR EMPLOYEES PENSION FUND,

Plaintiffs,

v.

WESTERN DEVELOPMENT, INC.,
d/b/a
WESTERN LOUNGE AND DANCE CLUB,

Defendant.

Civil No. 00-2546 (DWF/RLE)

**ORDER OF REFERENCE**

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Plaintiffs "Motion for Entry of Default Judgment, (Docket No. 4) is referred to Magistrate Judge Raymond L. Erickson.

Dated: January 8, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed JAN 08 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________